

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC, | § | No. 08-22-00108-CV |
| | § | Appeal from the |
| | § | 143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 21-03-23912-CVR) |
| Bayswater Fund III-A LLC, Bayswater Fund III-B LLC, Bayswater Resources LLC, Colburn Oil, LP, Ditto Land Company, LLC, Fall Land & Cattle, LLC, Pegasus Resources, LLC, and Robbins Family Minerals, LP, | § | |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellant Royalty Asset Holdings II, LP's second motion for extension of time within which to file the reply brief until **January 16, 2023**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT ROYALTY ASSET HOLDINGS II, LP'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rick Thompson, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before January 16, 2023.

IT IS SO ORDERED this 14th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.